IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOEL STEPHEN ROBINSON, | |
| Plaintiff, | Case No.: 1:24-cv-04201 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, JOEL STEPHEN ROBINSON ("Robinson" or "Plaintiff") and Defendant No. 22 shashamo ("Defendant"), identified in Schedule A of the Complaint, hereby advise this Court that they have reached a settlement and hereby stipulate to a dismissal, without prejudice.

Each party is to bear its own attorneys' fees, costs and expenses.

Dated: June 25, 2024

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 West Jackson Boulevard, #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

/s/ Timothy A. Duffy
Timothy A. Duffy
Law Office of Timothy A. Duffy, P.C.
725 W Orchard Circle (Bar No. 6224836)
Lake Forest, IL 60045
Telephone: (847) 530-4920
E-mail: tduffy@tduffylaw.com

**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 25, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*
Keith A. Vogt